JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PHOEBE DYER,<br><br>        Plaintiff,<br><br>    v.<br><br>NORTHROP GRUMMAN SYSTEMS CORPORATION, a Delaware corporation; and DOES 1 to 20, inclusive,<br><br>        Defendants. | Case No. 2:21-cv-06688-FMO-KS<br><br>**ORDER RE STIPULATION TO REMAND CASE TO STATE COURT** |

1 | Pursuant to the Stipulation to Remand Case to State Court filed by the parties, this matter is hereby remanded to the Superior Court of California for the County of Los Angeles, in which it was originally filed as Case Number 21AVCV00523.

IT IS SO ORDERED.

DATED: October 28, 2021

/s/
_____
Hon. Fernando M. Olguin
United States District Court Judge
for the Central District of California